IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RODNEY AARON WOOD, )
)
            Plaintiff, )
)
vs. )   Case No. CIV-09-165-JHP-SPS
MILTON ANTHONY, *et al.*, )
)
           Defendants. )

# **ORDER**

Plaintiff filed this civil rights action, pursuant to 42 U.S.C.§ 1983, alleging that the Sheriff of Carter County and the Carter County Board of Commissioners as well as numerous employees of the Carter County Jail violated his Eighth Amendment rights due to the unfit living conditions of the jail and by depriving him of appropriate medical care. On October 14, 2009, Plaintiff filed a notice of change of address. On December 8, 2009, this Court entered an Order and minute order which were mailed to the new address given by Plaintiff. On December 29, 2009, the mail addressed to Plaintiff was returned to the Court with the notation "returned attempted unknown." Since that time, Plaintiff has failed to file a Notice of Change of Address, or in any way to notify the Court of his whereabouts.

According to the Oklahoma Department of Corrections website, www.doc.state.ok.us, plaintiff was discharged on November 30, 2009. The Court called the Oklahoma Department of Corrections and was told the Plaintiff was discharged with no forwarding address.

Pursuant to Local Civil Rule 5.5(a), it is plaintiff's responsibility to provide a current

1

address to the court, but he has failed to comply with this rule. Plaintiff has filed no response to the Notice filed by Defendant Grace on December 22, 2009, regarding the grievance procedures and/or Plaintiff's efforts to exhaust those procedures. Since this Court no longer has a current address for Plaintiff, it would be futile to attempt to order Plaintiff's response to the same. Accordingly, this action is dismissed for failure to prosecute. *See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 854-56 (10th Cir. 2005) (dismissing appeal sua sponte for failure to prosecute because appellant disappeared and failed to meet court deadlines).

**ACCORDINGLY,** this action is, in all respects, DISMISSED.

**IT IS SO ORDERED** this 11th day of January, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma