IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

RODNEY AARON WOOD,           )
                             )
            Plaintiff,       )
                             )
vs.                          )   Case No. CIV-09-165-JHP-SPS
MILTON ANTHONY, *et al.*,    )
                             )
            Defendants.      )

## JUDGMENT

This matter came before the Court following the return of mail addressed to the Plaintiff's last known address. The Court having found Plaintiff has failed to prosecute this action, the action against Defendants Hutchison, Miller, Grace, McGaughlin, Robinson, Ott, Carter County Jail, and the Carter County Board of Commissioners is hereby dismissed. Previously, on December 8, 2009, this Court entered an Order dismissing Defendants Anthony, Douthit and Conway.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is hereby entered for Defendants and against Plaintiff.

It is so ordered on this  11th  day of January, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma